# COURTROOM MINUTES
# CRIMINAL

DATE: _____  DAY: _____  START TIME: _____  END TIME: _____

JUDGE/MAG.: _____  CLERK: _____  REPORTER: _____

CASE NUMBER: _____  CASE NAME: USA v. _____

PROCEEDING: _____

APPEARANCES:
ASST. U.S. ATTY.: _____  DEFT'S ATTY: _____
_____  _____

_____

TOTAL COURT TIME: _____

|  | TAPE | INDEX |
|---|---|---|
| START: | | |
| END: | | |